UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ROBERTS,            :
          Plaintiff,   :
                            :
v.                          :  **ORDER**
                            :
MARGARET FALANGA; ANTHONY   :  20 CV 5854 (VB)
FALANGA, SR.; M. FALANGA TRUCKING, :
LLC; and ANTHONY FALANGA, JR., :
          Defendants.  :
--------------------------------------------------------------x

The Court has been advised that the parties in this Fair Labor Standards Act case have reached agreement on all issues. Accordingly, by December 9, 2020, the parties shall submit a settlement agreement for the Court's approval, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: November 9, 2020
      White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge